IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN EDWARD CRITTENDEN,

    Petitioner,                         No. CIV-S-97-0602 FCD GGH P

    vs.                                  No. CIV-S-95-1957 FCD GGH P

ARTHUR CALDERON,

    Respondent.                  ORDER RE CERTIFICATE OF
                                      APPEALABILITY

_____/

       Petitioner, Steven Edward Crittenden, has timely filed a notice of appeal of this court's February 23, 2005 denial of his application for a writ of habeas corpus.[1]  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.

---

[1] On June 24, 2005, the court issued an order modifying, in part, its reasoning in the February 23 order on petitioner's shackling claim but ultimately denied petitioner's motion to amend the judgment under Fed. R. Civ. P. 59(e).

1

28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[2] "[I]n a capital case, the nature of the penalty is a proper consideration in determining whether to issue a certificate of [appealability]." Williams v. Woodford, 394 F.3d 567, 583 (9th Cir. 2004) (internal quotations and citation omitted). Any doubt about granting a certificate of appealability must be resolved in the petitioner's favor. Id.

Petitioner has made a substantial showing of the denial of a constitutional right in the following issue(s) presented in the instant petition:[3]

- -- Claims 1 through 3 [Batson Claims]
- -- Claim 5 [Insufficiency of Evidence to Support Torture Special Circumstance Claim]
- -- Claims 9 and 10 [Ineffective Assistance of Counsel Claims]
- -- Claim 12 [Shackling Claim]
- -- Claim 17 [Jury Misconduct Claim]
- -- Claim 21 [California's Death Penalty Law Lacks Adequate Procedural Safeguards Claim]
- -- Claim 34 [Improper Admission of Two "Shanks" and a "Soap Gun" Claim]

---

[2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Id.

[3] The court notes that respondent did not file an opposition to petitioner's request for a certificate of appealability.

1   Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the
2  present action.
3  DATED: August 25, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE